THIS OPINION
 HAS NO PRECEDENTIAL VALUE.  IT SHOULD NOT BE CITED OR RELIED ON AS PRECEDENT IN
 ANY PROCEEDING EXCEPT AS PROVIDED BY RULE 268(d)(2), SCACR.
THE STATE OF SOUTH CAROLINA
In The Supreme Court

 
 
 
 The State, Appellant/Respondent,
 v.
 Guido Driesen, Respondent/Appellant.
 
 
 

Appeal From Greenville County
 John C. Few, Circuit Court Judge

Memorandum Opinion No. 2011-MO-037
 Heard December 1, 2011  Filed December
19, 2011   

AFFIRMED

 
 
 
 Assistant
 Solicitor C. Denton Matthews and Katryna B. Salisbury, of Greenville, for
 Appellant-Respondent.
 Billy
 J. Garrett, Jr. and Carson McCurry Henderson, both of Greenwood, Charles M.
 Groves, of Chapman, Harter & Groves, of Greenville, and Desa Ballard and Stephanie
 Weissenstein, both of Ballard Watson Weissenstein, of West Columbia, for
 Respondent-Appellant.
 
 
 

 
PER CURIAM: Affirmed pursuant to the following
 authorities: State v. Galloway, 305 S.C. 258, 263, 407 S.E.2d 662, 665 (Ct. App. 1991)
 ([T]he unappealed alternative ruling . . .
 constitutes an independent ground for upholding the judgment.); Elam
 v. South Carolina Department of Transportation, 361 S.C. 9, 23, 602 S.E.2d
 772, 779-80 (2004) (Issues and arguments are
 preserved for appellate review only when they are raised to and ruled on by the
 lower court.); State
 v. Baum, 355 S.C. 209, 584 S.E.2d 419 (Ct. App. 2004) (Generally, jeopardy
 attaches when the jury is sworn and impaneled, unless the defendant consents to
 the jurys discharge before it reaches a verdict or legal necessity mandates
 the jurys discharge.).  

TOAL, C.J., PLEICONES,
 BEATTY, KITTREDGE and HEARN, JJ., concur.